# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: SPECTRUM ALLIANCE, LP,<br>    Debtor<br>_____ | :<br>:<br>:<br>: | |
| THE NORTHEAST CARPENTERS<br>ANNUITY FUND,<br>    Appellant<br><br>v.<br><br>SPECTRUM ALLIANCE, LP,<br>    Appellee.<br>_____ | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br>NO. 18-0724 |

## **ORDER**

AND NOW, this 31st day of October, 2019, upon consideration of the Report and Recommendation prepared by the Honorable Lynne A. Sitarski, United States Magistrate Judge (ECF No. 12), Appellant's Objections thereto (ECF No. 13), and Appellee's Response in Support of Judge Sitarksi's Report and Recommendation (ECF No. 15), it is hereby ORDERED that Judge Sitarksi's Report and Recommendation is APPROVED AND ADOPTED by this Court over the Fund's Objections, and the Order of the Bankruptcy Court is AFFIRMED.

BY THE COURT:

/s/ C. Darnell Jones, II
C. Darnell Jones, II    J.